IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF: | * | NO.   13-13074 |
| | * | |
| | * | SECTION B |
| **Kimberly R. Rodriguez** | * | |
| | * | |
| | * | CHAPTER 7 |
| *Debtor* | * | |

\* \* \* \* \* \* \*

## APPLICATION FOR AUTHORITY
## TO SELL PROPERTY AT PRIVATE SALE

**NOW INTO COURT**, comes Trustee, Wilbur J. "Bill" Babin, Jr., who files this Application for Authority to Sell Property at Private Sale and respectfully represents as follows:

1.

On November 6, 2013 (the "Petition Date"), Kimberly R. Rodriguez (the "Debtor"), filed a voluntary petition for relief under Chapter 7 and the trustee, Wilbur J. "Bill" Babin, Jr. (the "Trustee") was appointed interim trustee on November 6, 2013 and was confirmed as permanent trustee at the § 341 meeting of creditors on December 12, 2013.

2.

This Court has original jurisdiction pursuant to 28 U.S.C. § § 157 and 1334, and venue is proper before this Court pursuant to 28 U.S.C. § § 1408 and 1409.

3.

This is a core proceeding pursuant to 28 U.S.C. § 157 (b) (2) (A)(K)(N) & (O).

4.

The assets of the bankruptcy estate include debtor's one- half (½) interest in that time share interest in Unit 65C and 65D, Westgate Vacation Villas, LLC, bearing municipal address 2770 Old Lake Road, Kissimmee, FL 34747.

5.

Trustee has received an offer from Mr. Bobby Rodriguez, the debtor's ex-husband, his designee, successor and/or assignee to purchase debtor's one-half (½) interest in that time share interest in Unit 65C and 65D, Westgate Vacation Villas, LLC, bearing municipal address 2770 Old Lake Road, Kissimmee, FL 34747 for the purchase price of ONE THOUSAND FIVE HUNDRED AND NO/100 ($1,500.00) DOLLARS, all cash to the Trustee.  In consideration of said purchase price, the purchaser has requested the trustee to execute the "Equity Land Title transfer document" attached hereto and made a part hereof and marked as Exhibit "A".

6.

This sale will be "as is, where is" with no warranty whatsoever and no costs to the bankruptcy estate.

7.

Trustee avers that this sale and the procedures outlined herein above are in the best interest of the estate for the following reason:

a. Said offer represents a reasonable price in light of the fair market value of the property and constitutes the highest and best offer received by the Trustee;

**WHEREFORE**, applicant prays that Notice of Trustee's Application for Authority to Sell Property at Private Sale be sent to all creditors and parties in interest and that after due proceedings had, that Trustee's application be granted and that Trustee be authorized to accept ONE THOUSAND FIVE HUNDRED AND NO/100 ($1,500.00) DOLLARS or higher from Mr. Bobby Rodriguez, his designee or assignee or any other higher bidder, all cash to the Trustee for debtor's one-half (½) interest in that time share interest in Unit 65C and 65D, Westgate Vacation Villas, LLC, bearing municipal address 2770 Old Lake Road, Kissimmee, FL 34747.

Trustee further prays for authority to execute any and all documents necessary to effect said sale under the terms and conditions set forth herein.

And for all general and equitable relief as the nature of the case may permit.

RESPECTFULLY SUBMITTED:

*/s/ Wilbur J. "Bill" Babin, Jr.*
WILBUR J. "BILL" BABIN, JR. (Bar No. 1214)
TRUSTEE
3027 Ridgelake Drive
Metairie, LA 70002
Telephone: (504) 837-1230
Facsimile: (504) 832-0324